JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DEREK R. OWENS (CABN 230237)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California  94102
    Telephone:  (415) 436-6488
    Fax:  (415) 436-7234
    Email: Derek.Owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> BRUCE ALLEN SANCHEZ, ) <br> ) <br>     Defendant. ) <br> _____ ) | No. CR 09-0289 MHP <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING FROM AUGUST 3, 2009 TO SEPTEMBER 28, 2009 <br> **\*AS AMENDED BY COURT** |

    On April 27, 2009, the defendant, Bruce Allen Sanchez, entered a guilty plea to the sole count of the captioned indictment.  The Court scheduled a sentencing hearing for August 3, 2009 at 9:00 a.m.  Since that time, the U.S. Probation Officer assigned to the case has indicated to counsel that she needs more time to complete her presentence investigation for the case and requests the sentencing hearing be continued to September 28, 2009.  Both parties have agreed to this request, and therefore hereby jointly and respectfully request that the sentencing hearing

//

//

//

STIP. AND ORDER
CR 09-0289 MHP

1 | scheduled for August 3, 2009 be continued to September 28, 2009 at 9:00 a.m.
2 | SO STIPULATED:

|  | JOSEPH P. RUSSONIELLO |
|  | United States Attorney |

DATED: __6/19/2009__   /s/ Derek Owens
_____
DEREK R. OWENS
Assistant United States Attorney


DATED: __6/19/2009__   /s/ Geoff Hansen
_____
GEOFF HANSEN
Attorney for Mr. Sanchez

   The sentencing hearing previously scheduled for August 3, 2009 is hereby vacated and continued to ~~September 28,~~ **October 5** 2009 at 9:00 a.m. before the Honorable Marilyn Hall Patel.

SO ORDERED.

DATED: __June 24, 2009__

IT IS SO ORDERED
[signature]
Judge Marilyn H. Patel

_____
THE HONORABLE MARILYN HALL PATEL
United States District Judge

STIP. AND ORDER
CR 09-0289 MHP                              2